# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Case No. 7:12-CR-29-HL |
| v. | : |
| JONATHAN RYLES, *aka*, JOHN BLACK, | : |
| Defendant. | : |

## ORDER

The trial of this case, presently scheduled to begin October 23, 2012 in Valdosta, is hereby continued. The Pre-Trial Conference, presently scheduled for October 1, 2012, is also continued. The Court continues this case based on a joint request by the parties. Accordingly, the Court finds that the ends of justice served by continuing the case outweigh the best interest of the public and the defendant in a speedy trial, and the period of delay occasioned by this Order shall be excluded from computations of time required by the Speedy Trial Act. See 18 U.S.C. § 3161(c)(2) and § 3161(h)(7)(A).

**SO ORDERED**, this the 28th day of September, 2012.

s/Hugh Lawson
**HUGH LAWSON, JUDGE**